✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

``                                    DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,
                    Plaintiff,                      **APPEARANCE**

          v.

LUIS ANDRES MURGA,                           Case Number:   08MJ8276
                    Defendant.


To the Clerk of this court and all parties of record:

        Enter my appearance as counsel in this case for

        LUIS ANDRES MURGA


        I certify that I am admitted to practice in this court.


                                             /s/ JOSEPH McMULLEN

_____4/8/2008_____                       _____
Date                                          Signature

                                             Joseph McMullen / Federal Defenders of SD      246757
                                             Print Name                                Bar Number

                                             225 Broadway, Suite 900
                                             Address

                                             San Diego, CA  92101
                                             City              State              Zip Code

                                             (619) 234-8467              (619) 687-2666
                                             Phone Number                            Fax Number

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

best of his information and belief, and that a copy of the foregoing document has been served

this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov


Dated: April 8, 2008                                          ____/s/ Joseph McMullen_____
                                                                      JOSEPH McMULLEN
                                                                      Federal Defenders of San Diego, Inc.
                                                                      225 Broadway, Suite 900
                                                                      San Diego, CA 92101-5030
                                                                      (619) 234-8467  (tel)
                                                                      (619) 687-2666  (fax)
                                                                      e-mail: Joseph_McMullen@fd.org